# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
     Appellant,

vs.

CHAD PURCELL,
     Respondent.

No. 72058

FILED

MAY 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting in part a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Appellant has filed an unopposed motion to voluntarily dismiss this appeal. In support of the motion, appellant asserts that it entered into negotiations with respondent in the underlying case, respondent has now been sentenced pursuant to the negotiated plea agreement, and the judgment of conviction has been filed. Accordingly, appellant contends that this appeal is moot and requests that this appeal be dismissed. Cause appearing, we grant the motion. This appeal is dismissed.

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-16841

cc: Hon. William D. Kephart, District Judge
Attorney General/Carson City
Clark County District Attorney
Buchanan Law Offices
Richard Harris Law Firm
Eighth District Court Clerk